THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANOFI-AVENTIS U.S., LLC**                                                                                 **PLAINTIFF**

v.                                     Case No. 4:24-cv-00609-KGB

**ALAN MCCLAIN, in his official capacity**
**as Commissioner of the Arkansas Insurance Department**                  **DEFENDANT**

**ORDER**

Before the Court are the parties' joint motion to stay and amended joint motion to stay (Dkt. Nos. 8; 9). The parties' state that on March 12, 2024, the United States Court of Appeals for the Eighth Circuit held that the federal 340B statute, 42 U.S.C. § 256b, does not facially preempt Arkansas Act 1103 (Dkt. No. 9, ¶ 1). On March 25, 2024, AstraZeneca filed a complaint in this district raising various new federal constitutional claims challenging Arkansas Act 1103. *AstraZeneca Pharmaceuticals LP. v. McClain*, No. 4:24-cv-00268-BRW (E.D. Ark.) (hereinafter "AstraZeneca Case") (*Id.*, ¶ 2). On July 23, 2024, Sanofi-Aventis U.S., LLC ("Sanofi") filed this action alleging that Arkansas Act 1103 is preempted to the extent it requires pharmaceutical manufacturers to deliver their medicines to entities that obtain title to those drugs in violation of federal law (*Id.*, ¶ 3).

The parties state that defendant Alan McClain, in his official capacity as the Commissioner of the Arkansas Insurance Department, has agreed that the Arkansas Insurance Department will not initiate any enforcement action, investigation, or other administrative proceedings against Sanofi for implementing the initiative described in the complaint during the pendency of the AstraZeneca Case and this action (*Id.*, ¶ 4). Because of this agreement, and because a ruling in the AstraZeneca Case could affect the issues in this case, the parties request that this case be stayed

up to and through the resolution of the AstraZeneca Case, including through any appeal or, if there is no appeal, through the expiration of any deadline to appeal (*Id.*, ¶ 5).

For good cause shown, the Court grants the parties' amended joint motion to stay (*Id.*). The Court stays this case until a final resolution of the AstraZeneca Case. Pursuant to the parties' agreement, the Court directs Mr. McClain to respond to Sanofi's complaint in this action by filing an answer or appropriate motion within 30 days of the final resolution of the AstraZeneca Case, including any appeal (*Id.*, ¶ 7). Mr. McClain's time to respond to the complaint will run from either the expiration of the deadline to appeal a final judgment in the AstraZeneca Case (if there is no appeal) or the issuance of a mandate after an appeal of a final judgment in the AstraZeneca Case (*Id.*).

The Court denies as moot the parties' initial joint motion to stay (Dkt. No. 8).

It is so ordered this 12th day of November, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge